**Order filed May 22, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

NO. 01-13-00490-CV

_____

**PATRICK MICHAELSKI AND LYNDA MICHAELSKI, Appellants**

**V.**

**JOHN WRIGHT, PEGGY WRIGHT, GRANT DIETZ, AND REBECCA DIETZ, Appellees**

---

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 09-CV-0786**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Plaintiffs' Exhibit 28, Plaintiffs' Exhibit 55, and Plaintiffs' Exhibit 88.**

The clerk of the 122nd District Court is directed to deliver to the Clerk of this court the original of Plaintiffs' Exhibit 28, Plaintiffs' Exhibit 55, and Plaintiffs' Exhibit 88, on or before **June 2, 2014.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Plaintiffs' Exhibit 28, Plaintiffs' Exhibit 55, and Plaintiffs' Exhibit 88, to the clerk of the 122nd District Court.

PER CURIAM